IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ME-WUK INDIAN COMMUNITY OF WILTON RANCHERIA,

    Plaintiff,

v.

DIRK KEMPTHORNE, CARL J. ARTMAN, UNITED STATES DEPARTMENT OF INTERIOR, MICHAEL O. LEAVITT, and UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendants.

No. C 07-05706 WHA

**ORDER OF REFERRAL**

This action appears to concern the same parties, transactions or events as *Wilton Miwok Rancheria et al. v. Dirk Kempthorne et al.*, Case No. C 07-02681 JF. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Jeremy Fogel for the purpose of determining whether it is related to those two cases as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: November 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE