**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
————————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

November 28, 2007

**CASE NUMBER: CV 07-05706 WHA**
**CASE TITLE: ME-WUK INDIAN COMMUNITY OF WILTON RANCHERIA-v-DIRK KEMPTHORNE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division. Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/27/07

FOR THE EXECUTIVE COMMITTEE:

_____
                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies         Special Projects
Log Book Noted                         Entered in Computer 11/28/07 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA