# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, January 18, 2008
**Case Number:** CV-07-2681-JF/PVT and Related Case Number: CV-07-5706-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**             **WILTON MIWOK RANCHERIA, ET AL V. DIRK KEMPTHORNE, ET AL**

**PLAINTIFF**                                    **DEFENDANT**

**Attorneys Present: John Nyhan, Joseph Kitto**        **Attorneys Present: Charles O'Connor, Sara Culley**
Travis Trueblood

---

PROCEEDINGS:

Further case management conference held.  Parties are present. Continued to
2/8/08 at 10:30 a.m. for further case management conference.