CHRISTINA V. KAZHE (BAR NO. 192158)
JOHN NYHAN (BAR NO. 51257)
ROSE WECKENMANN (BAR NO. 248207)
**FREDERICKS PEEBLES & MORGAN LLP**
1001 Second Street
Sacramento, California 95814
Telephone:   (916) 441-2700
Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREWS

**JOSEPH L. KITTO** (Bar No.   )
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
Telephone:   (202) 686-4856
Attorneys for Plaintiffs,
ME-WUK INDIAN COMMUNITY OF THE
WILTON RANCHERIA

RONALD J. TENPAS
Acting Assistant Attorney General
Environmental and Natural Resources Division
SARA E. CULLEY, ESQ.
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Telephone:   (202) 305-0466
CHARLES O'CONNOR (Bar No. 56320)
**U.S. Attorney's Office**
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Attorneys for Defendants
THE UNITED STATES DEPARTMENT OF THE
INTERIOR, DIRK KEMPTHORNE, etc., et al.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al<br><br>Defendants. | Case No. C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date: Feb. 8, 2008<br>New Date : Feb. 22, 2008<br>Time    :   10:30 a.m.<br><br>Courtroom: 3, 5th Floor |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>                Plaintiffs,<br><br>        v.<br><br>DIRK KEMPTHORNE, et al,<br><br>                Defendants. | Case No. C 07-05706 (JF) |

The parties, by and through their respective attorneys of record hereby stipulate that the Case Management Conference now scheduled for February 8, 2008 at 10:30 a.m. be continued to February 22, 2008 at 10:30 a.m.

Dated: January 24, 2008

Respectfully submitted,

**FREDERICKS PEEBLES & MORGAN LLP**
CHRISTINA V. KAZHE
JOHN NYHAN
ROSE WECKENMANN

By: /s/ John Nyhan
    JOHN NYHAN, Attorneys for Plaintiffs,
    WILTON MIWOK RANCHERIA,
    ITS MEMBERS and DOROTHY ANDREWS

Dated: January 24, 2008

**KITTO LAW FIRM**

By: /S/
    JOSEPH L. KITTO, Attorneys for Plaintiffs,
    ME-WUK INDIAN COMMUNITY OF THE
    WILTON RANCHERIA

Dated: January 24, 2008

**U.S. DEPARTMENT OF JUSTICE**

By: /S/
    CHARLES O'CONNOR, Attorneys for Defendants,
    DIRK KEMPTHORNE, etc., et al.

[PROPOSED] ORDER

Based upon the Stipulation of the Parties, and good cause appearing, the Further Case Management Conference now scheduled for February 8, 2008 is continued to Friday, February 22, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Dated: _____

_____
Judge of the U.S. District Court for the
Northern District of California