Joseph L. Kitto (DC Bar No. 469760)
**THE KITTO LAW FIRM**
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Telephone:  (202)686-4856
Facsimile:  (202)244-8257
Email:  kitto@kittolawfirm.com

Attorney for Plaintiffs,
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA

FILED
2008 FEB -5  A 8: 25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiff,<br><br>vs.<br><br>DIRK A. KEMPTHORNE,<br>*in his official capacity as Secretary of the Interior,*<br><br>Defendant | Case No.: C 07-05706 (WHA) (JF)<br><br>**MOTION TO APPEAR PRO HAC VICE** |

Pursuant to Civil L.R. 11-3, I, Joseph L. Kitto ▬▬▬▬▬▬▬▬ active members in good standing of the bar of The United States District Court for the District of Columbia, hereby apply for admission to practice in the Northern District of California on a *pro hac vice* basis representing in the above-entitled action.

In support of this application, We certify on oath that:

1. We are active members in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

Motion to Appear Pro Hac Vice - 1

2. We agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Brenda L. Tomaras
Tomaras & Ogas, LLP
10755-F Scripps Poway Parkway #281
San Diego, CA 92131
Phone: 858 554-0550
California Bar # 176900

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 Day of January, 2008.

By: _____
THE KITTO LAW FIRM
Joseph L. Kitto (DC Bar No. 469760)
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202) 686-4856
kitto@kittolawfirm.com

_____
TRUEBLOOD LAW GROUP, P.A.
Travis W. Trueblood (D.C. Bar No. 474797)
P.O. Box 1270
Moore Haven, FL 33471-1270
(863) 946-9160
(863) 946-9162 (fax)
ttrueblood@truebloodlawgroup.com

Motion to Appear Pro Hac Vice - 2

Certificate of Service

We hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January ____, 2008 via e-mail and hardcopy to:

Ms. Sara Culley
Ms. Crystle Chrispen
United States Department of Justice
601 D Street, NW, Room 3135
Washington, DC 20004

Mr. John Nyhan
Ms. Christina V. Kazhe
Fredericks & Peebles LLP
1001 Second Street
Sacramento, CA 95814

Dated: This 31 day of January, 2008

_____
Joseph L. Kitto, Esq.

_____
Travis W. Trueblood, Esq.

Motion to Appear Pro Hac Vice - 3

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002533
Cashier ID: harwellt
Transaction Date: 02/05/2008
Payer Name: The Kitto Law Firm
-----------------------------------
PRO HAC VICE
 For: Joseph L. Kitto
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
-----------------------------------
CHECK
 Check/Money Order Num: 1756
 Amt Tendered: $210.00
-----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 07-5706-JF

For Attorney: Joseph L. Kitto


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```