Joseph L. Kitto (DC Bar No. 469760)
THE KITTO LAW FIRM
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Telephone:   (202)686-4856
Facsimile:   (202-244-8257
Email:       kitto@kittolawfirm.com

Attorney for Plaintiffs,
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA

[Filed stamp: FEB - 7 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiff,<br><br>vs.<br><br>DIRK A. KEMPTHORNE, *in his official capacity as Secretary of the Interior*,<br><br>Defendant | Case No.: C 07-05706 (WHA) (JF)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

**JOSEPH L. KITTO** ███████████████, active members in good standing of The District of Columbia Bar and The United States District Court for the District of Columbia, whose business addresses and telephone numbers are:

| | |
|---|---|
| THE KITTO LAW FIRM<br>Joseph L. Kitto (DC Bar No. 469760)<br>5335 Wisconsin Avenue, NW<br>Suite 440<br>Washington, DC 20015<br>(202)686-4856<br>kitto@kittolawfirm.com | TRUEBLOOD LAW GROUP<br>Travis W. Trueblood (D.C. Bar No. 474797)<br>P.O. Box 1270<br>Moore Haven, FL 33471-1270<br>(863) 946-9160<br>ttrueblood@truebloodlawgroup.com |

Motion to Appear Pro Hac Vice - 4

1  having applied in the above-entitled action for admission to practice in the Northern District of
2  California on a *pro hac vice* basis, representing the Me-Wuk Community of the Wilton
3  Rancheria.
4      **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
5  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6  *vice*. Service of papers upon and communication with co-counsel designed in the application
7  will constitute notice to the party. All future filings in this action are subject to the requirements
8  contained in General Order No. 45, Electronic Case Filing.

Dated: 2/6, 2008

_____
Judge for the United States District Court
For the Northern District of California