Fee Paid

1  Joseph L. Kitto (DC Bar No. 469760)
2  THE KITTO LAW FIRM
   5335 Wisconsin Avenue, NW, Suite 440
3  Washington, DC 20015
   Telephone:   (202)686-4856
4  Facsimile:    (202-244-8257
5  Email:        kitto@kittolawfirm.com

**Filed**

FEB 11 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6  Attorney for Plaintiffs,
   ME-WUK INDIAN COMMUNITY
7  OF THE WILTON RANCHERIA

8
               IN THE UNITED STATES DISTRICT COURT
9
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12  ME-WUK INDIAN COMMUNITY          ) Case No.: C 07-05706 (WHA) (JF)
    OF THE WILTON RANCHERIA          )
13                                   ) **MOTION TO APPEAR PRO HAC VICE**
                                     )
14         Plaintiff,                )
                                     )
15      vs.                          )
                                     )
16  DIRK A. KEMPTHORNE,              )
    in his official capacity as Secretary of the )
17  Interior,                        )
           Defendant
18  _____

19       Pursuant to Civil L.R. 11-3, I, Joseph L. Kitto and Travis W. Trueblood, active members
20
    in good standing of the bar of The United States District Court for the District of Columbia,
21
    hereby apply for admission to practice in the Northern District of California on a *pro hac vice*
22
23  basis representing in the above-entitled action.

24       In support of this application, We certify on oath that:

25       1.   We are active members in good standing of a United States Court or of the
26
              highest court of another State or the District of Columbia, as indicated above;
27

28

Motion to Appear Pro Hac Vice - 1

2. We agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Brenda L. Tomaras
Tomaras & Ogas, LLP
10755-F Scripps Poway Parkway #281
San Diego, CA 92131
Phone: 858 554-0550
California Bar # 176900

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 31 Day of January, 2008.

By: *Joseph L. Kitto*
THE KITTO LAW FIRM
Joseph L. Kitto (DC Bar No. 469760)
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202)686-4856
kitto@kittolawfirm.com

*Travis W. Trueblood*
TRUEBLOOD LAW GROUP, P.A.
Travis W. Trueblood (D.C. Bar No. 474797)
P.O. Box 1270
Moore Haven, FL 33471-1270
(863) 946-9160
(863) 946-9162 (fax)
ttrueblood@truebloodlawgroup.com

Certificate of Service

We hereby certify that under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on January ____, 2008 via e-mail and hardcopy to:

Ms. Sara Culley
Ms. Crystle Chrispen
United States Department of Justice
601 D Street, NW, Room 3135
Washington, DC 20004

Mr. John Nyhan
Ms. Christina V. Kazhe
Fredericks & Peebles LLP
1001 Second Street
Sacramento, CA 95814

Dated: This 31 day of January, 2008

*[signature]*
Joseph L. Kitto, Esq.

*[signature]*
Travis W. Trueblood, Esq.

Motion to Appear Pro Hac Vice - 3

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002560
Cashier ID: harwellt
Transaction Date: 02/11/2008
Payer Name: Trueblood Law Group P.A
-----------------------------------
PRO HAC VICE
  For: Travis Trueblood
  Case/Party: D-CAN-5-08-AT-PROHAC-001
  Amount:        $210.00
-----------------------------------
CHECK
  Check/Money Order Num: 1002
  Amt Tendered:   $210.00
-----------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

Case # 07-cv-5706-JF

For Attorney: Travis Trueblood


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```