FILED
FEB 13 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED
FEB 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Joseph L. Kitto (DC Bar No. 469760)
THE KITTO LAW FIRM
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Telephone: (202)686-4856
Facsimile: (202-244-8257
Email: kitto@kittolawfirm.com

Attorney for Plaintiffs,
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiff,<br><br>vs.<br><br>DIRK A. KEMPTHORNE,<br>*in his official capacity as Secretary of the Interior,*<br><br>Defendant | Case No.: C 07-05706 (WHA) (JF)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

**JOSEPH L. KITTO** and **TRAVIS W. TRUEBLOOD**, active members in good standing of The District of Columbia Bar and The United States District Court for the District of Columbia, whose business addresses and telephone numbers are:

THE KITTO LAW FIRM
Joseph L. Kitto (DC Bar No. 469760)
5335 Wisconsin Avenue, NW
Suite 440
Washington, DC 20015
(202)686-4856
kitto@kittolawfirm.com

TRUEBLOOD LAW GROUP
Travis W. Trueblood (D.C. Bar No. 474797)
P.O. Box 1270
Moore Haven, FL 33471-1270
(863) 946-9160
ttrueblood@truebloodlawgroup.com

Motion to Appear Pro Hac Vice - 4

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Me-Wuk Community of the Wilton Rancheria.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____2/12_____, 2008

_____
Judge for the United States District Court
For the Northern District of California