1  CHRISTINA V. KAZHE (BAR NO. 192158)
   JOHN NYHAN (BAR NO. 51257)
2  ROSE WECKENMANN (BAR NO. 248207)
   **FREDERICKS PEEBLES & MORGAN LLP**
3  1001 Second Street
   Sacramento, California 95814
4  Telephone:   (916) 441-2700
   Attorneys for Plaintiffs,
5  WILTON MIWOK RANCHERIA,
   ITS MEMBERS; and DOROTHY ANDREWS
6
   JOSEPH L. KITTO (Bar No. 469760)
7  **KITTO LAW FIRM**
   5335 Wisconsin Avenue, N.W., Suite 440
8  Washington, D.C. 20015
   Telephone:   (202) 686-4856
9  TRAVIS W. TRUEBLOOD (Bar No. 0417890)
   **TRUEBLOOD LAW GROUP, P.A.**
10 6099 Stirling Road, Suite 218
   Davie, Florida 33314
11 Telephone:   (954) 581-6628
   Attorneys for Plaintiffs,
12 ME-WUK INDIAN COMMUNITY OF THE
   WILTON RANCHERIA
13
   RONALD J. TENPAS
14 Acting Assistant Attorney General
   Environmental and Natural Resources Division
15 SARA E. CULLEY, ESQ.
   Natural Resources Section
16 P.O. Box 663
   Washington, DC 20044-0663
17 Telephone:   (202) 305-0466
   CHARLES O'CONNOR (Bar No. 56320)
18 **U.S. Attorney's Office**
   450 Golden Gate Avenue
19 P.O. Box 36055
   San Francisco, CA 94102
20 Attorneys for Defendants
   THE UNITED STATES DEPARTMENT OF THE
21 INTERIOR, DIRK KEMPTHORNE, etc., et al.

22

## IN THE UNITED STATES DISTRICT COURT
23
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
24
## SAN JOSE DIVISION
25

| | |
|---|---|
| 26  WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br>28       Plaintiffs, | Case No. C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |

|  |  |
|---|---|
| v.<br><br>DIRK KEMPTHORNE, et al<br><br>Defendants.<br>ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al,<br><br>Defendants. | Former Date: Feb. 22, 2008<br>New Date : March 21, 2008<br>Time : 10:30 a.m.<br><br>Courtroom: 3, 5th Floor<br>Case No. C 07-05706 (JF) |

The parties, by and through their respective attorneys of record hereby stipulate that the Case Management Conference now scheduled for February 22, 2008 at 10:30 a.m. be continued to March 21, 2008 at 10:30 a.m.

Dated: February 13, 2008

Respectfully submitted,

**FREDERICKS PEEBLES & MORGAN LLP**
CHRISTINA V. KAZHE
JOHN NYHAN
ROSE WECKENMANN

By: _/s/ John Nyhan_
JOHN NYHAN, Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS and DOROTHY ANDREWS

Dated: February 13, 2008

**KITTO LAW FIRM**

By: _/s/_
JOSEPH L. KITTO, Attorneys for Plaintiffs,
ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA

1 | Dated: February 13, 2008

**TRUEBLODD LAW GROUP**

By: /s/
TRAVIS W. TRUEBLOOD, Attorneys for Plaintiffs,
ME-WUK INDIAN COMMUNITY OF THE
WILTON RANCHERIA

Dated: February 13, 2008

**U.S. DEPARTMENT OF JUSTICE**

By: /s/
CHARLES O'CONNOR, Attorneys for Defendants,
DIRK KEMPTHORNE, etc., et al.

# [PROPOSED] ORDER

Based upon the Stipulation of the Parties, and good cause appearing, the Further Case Management Conference now scheduled for February 22, 2008 is continued to Friday, **March 21, 2008 at 10:30 a.m.**

IT IS SO ORDERED.

Dated: _____

_____
Judge of the U.S. District Court for the
Northern District of California