| | |
|---|---|
| 1 | CHRISTINA V. KAZHE (BAR NO. 192158) |
|   | JOHN NYHAN (BAR NO. 51257) |
| 2 | ROSE WECKENMANN (BAR NO. 248207) |
|   | **FREDERICKS PEEBLES & MORGAN LLP** |
| 3 | 1001 Second Street |
|   | Sacramento, California 95814 |
| 4 | Telephone:   (916) 441-2700 |
|   | Attorneys for Plaintiffs, |
| 5 | WILTON MIWOK RANCHERIA, |
|   | ITS MEMBERS; and DOROTHY ANDREWS |
| 6 | |
|   | JOSEPH L. KITTO (Bar No. 469760) |
| 7 | **KITTO LAW FIRM** |
|   | 5335 Wisconsin Avenue, N.W., Suite 440 |
| 8 | Washington, D.C. 20015 |
|   | Telephone:   (202) 686-4856 |
| 9 | TRAVIS W. TRUEBLOOD (Bar No. 0417890) |
|   | **TRUEBLOOD LAW GROUP, P.A.** |
| 10 | 6099 Stirling Road, Suite 218 |
|    | Davie, Florida 33314 |
| 11 | Telephone:   (954) 581-6628 |
|    | Attorneys for Plaintiffs, |
| 12 | ME-WUK INDIAN COMMUNITY OF THE |
|    | WILTON RANCHERIA |
| 13 | |
|    | RONALD J. TENPAS |
| 14 | Acting Assistant Attorney General |
|    | Environmental and Natural Resources Division |
| 15 | SARA E. CULLEY, ESQ. |
|    | Natural Resources Section |
| 16 | P.O. Box 663 |
|    | Washington, DC 20044-0663 |
| 17 | Telephone:   (202) 305-0466 |
|    | CHARLES O'CONNOR (Bar No. 56320) |
| 18 | **U.S. Attorney's Office** |
|    | 450 Golden Gate Avenue |
| 19 | P.O. Box 36055 |
|    | San Francisco, CA 94102 |
| 20 | Attorneys for Defendants |
|    | THE UNITED STATES DEPARTMENT OF THE |
| 21 | INTERIOR, DIRK KEMPTHORNE, etc., et al. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS, | C-07-5706-JF<br>Case No. C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
| Plaintiffs, | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| v.<br><br>DIRK KEMPTHORNE, et al<br><br>Defendants.<br>ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al,<br><br>Defendants. | Former Date: Feb. 22, 2008<br>New Date :   March 21, 2008<br>Time      :   10:30 a.m.<br><br>Courtroom: 3, 5th Floor<br>Case No.  C 07-05706 (JF) |

The parties, by and through their respective attorneys of record hereby stipulate that the Case Management Conference now scheduled for February 22, 2008 at 10:30 a.m. be continued to March 21, 2008 at 10:30 a.m.

Dated: February 13, 2008

Respectfully submitted,

**FREDERICKS PEEBLES & MORGAN LLP**
CHRISTINA V. KAZHE
JOHN NYHAN
ROSE WECKENMANN

By: /s/ John Nyhan
JOHN NYHAN, Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS and DOROTHY ANDREWS

Dated: February 13, 2008

**KITTO LAW FIRM**

By: /S/
JOSEPH L. KITTO, Attorneys for Plaintiffs,
ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA

FREDERICKS PEEBLES, &
MORGAN LLP
1001 SECOND ST.
SACRAMENTO, CA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated: February 13, 2008 | **TRUEBLODD LAW GROUP** |
| | By: /s/ |
| | TRAVIS W. TRUEBLOOD, Attorneys for Plaintiffs, ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA |
| Dated: February 13, 2008 | **U.S. DEPARTMENT OF JUSTICE** |
| | By: /s/ |
| | CHARLES O'CONNOR, Attorneys for Defendants, DIRK KEMPTHORNE, etc., et al. |

FREDERICKS PEEBLES, & MORGAN LLP
1001 SECOND ST.
SACRAMENTO, CA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

[PROPOSED] ORDER

Based upon the Stipulation of the Parties, and good cause appearing, the Further Case Management Conference now scheduled for February 22, 2008 is continued to Friday, **March 21, 2008 at 10:30 a.m.**

IT IS SO ORDERED.

Dated: 2/13/08

_____
Judge of the U.S. District Court for the
Northern District of California
Jeremy Fogel

[PROPOSED] ORDER