1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  Northern District of California
   JOANN M. SWANSON (SBN 88143)
3  Chief, Civil Division
   CHARLES M. O'CONNOR (CSBN 56320)
4  Assistant United States Attorney

5     450 Golden Gate Avenue, 9th Floor
      San Francisco, California 94102-3495
6     Telephone:   (415) 436-7180
      Facsimile:   (415) 436-6748
7     Email:       charles.oconnor@usdoj.gov

8  Attorneys for the Defendants

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 | WILTON MIWOK RANCHERIA, a                 )  No. C 07-2681 JF   (PVT)
   | formerly federally-recognized Indian Tribe,)
13 | ITS MEMBERS and DOROTHY                   )  **STIPULATION AND (PROPOSED)**
   | ANDREWS,                                  )  **ORDER TO CONTINUE FURTHER**
14 |                                           )  **CASE MANAGEMENT CONFERENCE**
   |                  Plaintiffs,              )
15 |                                           )
   |           v.                              )  Former Date:  March 21, 2008
16 |                                           )  New Date:     May 2, 2008
   | DIRK KEMPTHORNE, Secretary of the         )  Time:         10:30 a.m.
17 | Department of the Interior; et al.,       )  Ctrm:         No. 5̶ 3
   |                                           )
18 |                  Defendants.              )
   |_____)
19 |                                           )  No. C 07-05706 JF   (PVT)
   | ME-WUK INDIAN COMMUNITY OF                )
20 | THE WILTON RANCHERIA,                     )
   |                                           )
21 |                  Plaintiff,               )
   |                                           )
22 |                                           )
   |           v.                              )
23 |                                           )
   | DIRK KEMPTHORNE, Secretary of the         )
24 | Department of the Interior; et al.,       )
   |                                           )
25 |                  Defendants.              )
   |_____)
26

27      Ongoing settlement discussions have been productive, and the parties have expectations

28 of resolving the remaining issues and reaching a compromise in this matter. Therefore, the

parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set on March 21, 2008, may be continued until May 2, 2008.

Dated: March 20, 2008                Respectfully submitted,

KAZHE LAW GROUP P.C.

By: /s/
     CHRISTINA V. KAZHE
     ROSE WECKENMANN

     Attorneys for Plaintiffs
     Wilton Rancheria, et al.

Dated: March 20, 2008                KITTO LAW FIRM

By: /s/
     JOSEPH L. KITTO

     Attorneys for Plaintiffs
     Me-Wuk Indian Community
     of the Wilton Rancheria

Dated: March 20, 2008                JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     /s/

                                     CHARLES M. O'CONNOR
                                     Assistant United States Attorney

                                     Attorneys for the Defendants

**ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for March 21, 2008 is continued to Friday, May 2, 2008 at 10:30 a.m.

IT IS SO ORDERED.

Dated: March 21, 2008

JEREMY FOGEL
United States District Judge

**STIPULATION AND ORDER CONTINUING FURTHER CMC**
*Wilton v. Kempthorne* C 07-2681 and *Me-Wuk v. Kempthorne* C 07-5706                Page 2