1  CHRISTINA V. KAZHE (BAR NO. 192158)
   ROSE WECKENMANN (BAR NO. 248207)
2  **KAZHE LAW GROUP PC**
   8359 Elk Grove-Florin Road
3  Suite 103287
   Sacramento, California 95829
4  Telephone:    (916) 226-2590
   Attorneys for Plaintiffs,
5  WILTON MIWOK RANCHERIA,
   ITS MEMBERS; and DOROTHY ANDREWS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.<br><br>        Defendants. | Case No. C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date: May 2, 2008<br>New Date:    May 30, 2008<br>Time:        10:30 a.m.<br>Courtroom:   No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>        Defendants. | Case No. C 07-05706 (JF) |

Ongoing settlement discussions have been productive, and the parties have expectations of resolving the remaining issues and reaching a compromise in this matter. A telephonic conference call between the parties has been scheduled for May 8, 2008. Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set on May 2, 2008, may be continued until May 30, 2008.

| | |
|---|---|
| Dated: April ___, 2008 | Respectfully submitted, |
| | **KAZHE LAW GROUP PC** |
| | By: _____/s/_____<br>CHRISTINA V. KAZHE, Attorneys for Plaintiffs,<br>WILTON MIWOK RANCHERIA,<br>ITS MEMBERS and DOROTHY ANDREWS |
| Dated: April ___, 2008 | **KITTO LAW FIRM LLC** |
| | By: _____/s/_____<br>JOSEPH L. KITTO, Attorney for Plaintiffs,<br>ME-WUK INDIAN COMMUNITY OF THE<br>WILTON RANCHERIA |
| Dated: April ___, 2008 | **TRUEBLOOD LAW GROUP, P.A.** |
| | By: _____/s/_____<br>TRAVIS TRUEBLOOD, Attorney for Plaintiffs,<br>ME-WUK INDIAN COMMUNITY OF THE<br>WILTON RANCHERIA |
| Dated: April ___, 2008 | **RONALD J. TENAPS**<br>**Assistant Attorney General**<br>**Environment and Natural Resources Division** |
| | By: _____/s/_____<br>SARA E. COSTELLO, Attorneys for Defendants,<br>DIRK KEMPTHORNE, SECRETARY OF THE<br>INTERIOR, et al. |

## **ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for May 2, 2008, is continued to Friday, May 30, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: April __30__, 2008

_____
JEREMY FOGEL
United States District Judge