**\*\*E-filed 5/21/08\*\***

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**ME WUK INDIAN COMMUNITY,**

    **Plaintiff,**

     **v.**

**DIRK KEMPTHORNE,**

    **Defendant.**

_____

No. C-07-5706-JF

Clerks's Notice

**To: All Counsel and Parties in the above named action.**

**The Court has rescheduled the Case Management Conference currently scheduled for May 30, 2008. The new hearing date is Friday, August 1, 2008 at 10:30 AM.   The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 5/21/08**                               **For the Court,**
                                                  **Richard W. Wieking, Clerk**

                                                  **Diana Munz**
                                                  **electronic signature**
                                                  **Courtroom Deputy**