ROBERT A. ROSETTE (SBN 224437)
LITTLE FAWN BOLAND (SBN 240181)
ROSETTE & ASSOCIATES, PC
c/o Sonnenschein, Nath & Rosenthal, LLP
525 Market Street, 25th Floor
San Francisco, CA 94105-2708
Telephone: (480) 889-8990
Facsimile: (480) 889-8997
rosette@rosettelaw.com
lfboland@rosettelaw.com

Attorneys for Plaintiff:
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiff,<br>v.<br>DIRK A. KEMPTHORNE, *et al*.<br><br>Defendants. | CASE NO. C 07-05706 (JF)<br><br>**PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER** |

Plaintiff, ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA ("Tribe"), hereby files notice that attorneys Joseph Kitto of Kitto Law Firm, LCC and Travis Trueblood of Trueblood Law Group, PA are no longer the Tribe's legal representatives. The Tribe requests this Court to withdraw Mr. Kitto and Mr. Trueblood from this action, and proposes to substitute attorneys Robert Rosette and Little Fawn Boland of the law firm Rosette & Associates, PC as attorneys of record. The undersigned certifies this change in counsel is approved by Resolution of the Tribe's Business

---
PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER
- 1 -

Council, and supported by the sworn Declaration of Henry Sangmaster, Chairman of the Me-Wuk Indian Community of the Wilton Rancheria filed herewith.

Accordingly, the Tribe requests all pleadings, motion, correspondence, discovery material and all other papers to be sent to the following:

> Robert A. Rosette and Little Fawn Boland
> c/o Sonnenschein, Nath & Rosenthal, LLP
> 525 Market Street, 25th Floor
> San Francisco, CA 94105-2708
> Telephone: (480) 889-8990
> Facsimile: (480) 889-8997
> rosette@rosettelaw.com
> lfboland@rosettelaw.com

Respectfully submitted this 29th day of August, 2008.

> By: /s/ Robert A. Rosette
> Attorney for Plaintiff
>
> Robert A. Rosette (SBN 224437)
> Little Fawn Boland (SBN 240181)
> Rosette & Associates, PC
> c/o Sonnenschein, Nath & Rosenthal, LLP
> 525 Market Street, 25th Floor
> San Francisco, CA 94105-2708
> Telephone: (480) 889-8990
> Facsimile: (480) 889-8997
> rosette@rosettelaw.com
> lfboland@rosettelaw.com

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: 9/2/08

_____
U.S. District Court Judge

ROBERT A. ROSETTE (SBN 224437)
LITTLE FAWN BOLAND (SBN 240181)
ROSETTE & ASSOCIATES, PC
c/o Sonnenschein, Nath & Rosenthal, LLP
525 Market Street, 25th Floor
San Francisco, CA 94105-2708
Telephone: (480) 889-8990
Facsimile: (480) 889-8997
rosette@rosettelaw.com
lfboland@rosettelaw.com

Attorneys for Plaintiff:
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>           Plaintiff,<br>v.<br><br>DIRK A. KEMPTHORNE, et al.<br><br>           Defendants. | CASE NO. C 07-05706 (JF)<br><br>**DECLARATION OF CHAIRMAN HENRY SANGMASTER IN SUPPORT OF PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL** |

**DECLARATION OF HENRY SANGMASTER**

I, Henry Sangmaster, swear and declare as follows:

1. I am the duly elected Chairman of the Business Council ("Council") of the Me-Wuk Indian Community of the Wilton Rancheria ("Tribe"), and this declaration is based upon my personal knowledge and is made in my capacity as Chairman of the Tribe.

2. The Council has authority and responsibility to conduct business on behalf of the Tribe, and may retain and substitute legal counsel pursuant to that authority.

3. On or about August 19, 2008, the Council met at a duly noticed meeting with a quorum of members present, and considered Resolution No. 81908 "RESOLUTION

Exhibit "A."

4.  The Council unanimously adopted the Resolution by a vote of 9 in favor, 0 against and 0 abstaining, as signed and certified by myself as Tribal Chairman and Councilmember Muriel Sangmaster.

5.  The Resolution terminated the representation of Joseph Kitto and Travis Trueblood, and retained the law firm Rosette & Associates, PC to represent the Tribe in the matter of <u>Me-Wuk Indian Community of the Wilton Rancheria v. Dirk Kempthorne, et al</u>. (the "Case").

6.  I reviewed the "Notice of Change in Counsel; [Proposed] Order" requesting the U.S. District Court for the Northern District of California to withdraw attorneys Joe Kitto and Travis Trueblood and substitute attorneys Robert Rosette and Little Fawn Boland of the law firm Rosette & Associates, PC as attorneys of record, and affirm the Tribe supports the change in counsel.

I SWEAR THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF THE PERJURY LAWS OF THE STATE OF CALIFORNIA.

Dated this 27 day of August, 2008.     By: _____
                                            Henry Sangmaster, Chairman
                                            Me-Wuk Indian Community of the
                                            Wilton Indian Rancheria

## RESOLUTION TERMINATING LEGAL REPRESENTATION BY THE KITTO LAW FIRM, PLLC AND TRUEBLOOD LAW GROUP, PA, AND RETAINING ROSETTE & ASSOCIATES, PC AS LEGAL COUNSEL

Resolution No: 81908

Dated: August 19, 2008

WHEREAS, the duly elected Business Council ("Council") of the Me-Wuk Indian Community of the Wilton Rancheria ("Tribe") is vested with responsibility and authority to retain legal counsel on behalf of the Tribe; and

WHEREAS, the Tribe is a plaintiff in the action Me-Wuk Indian Community of the Wilton Rancheria v. Dirk Kempthorne, et al. to restore the Tribe's federal recognition by the United States; and

WHEREAS, the Tribe has been represented by attorneys Joseph Kitto of the Kitto Law Firm, PLLC and Travis Trueblood of the Trueblood Law Group, PA in the litigation against the United States; and

WHEREAS, the Council has determined that it is in the best interests of the Tribe to terminate the legal representation of the Kitto Law Firm, PLLC and the Trueblood Law Group, PA, and to retain the law firm Rosette & Associates, PC as replacement legal counsel pursuant to the engagement letter ("Engagement Letter") attached hereto as Exhibit "A"; and

NOW THEREFORE BE IT RESOLVED that the Council hereby terminates the services of the Kitto Law Firm, PLLC and Trueblood Law Group; and

LET IT BE FURTHER RESOLVED that the Council hereby approves to retain Rosette & Associates, PC to perform legal services on behalf of the Tribe pursuant to the terms set forth in the Engagement Letter.

*CERTIFICATION*

The Business Council of the Me-Wuk Indian Community of the Wilton Rancheria enacted this Resolution at a regular meeting of the Business Council, with a

Exhibit "A"

quorum of members present, held on August 19, 2008, by the following vote: _9_ FOR, _0_ AGAINST, and _0_ ABSTAINING.

ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA

Signed: _____
Henry Sangmaster, Chairman

Attested: _____
Councilmember

Exhibit "A"

**Certificate of Service**

I hereby certify that on August 29, 2008, I electronically filed the following with the Clerk of the Court using the ECF system:

> PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER DECLARATION IN SUPPORT OF PLAINTIFF'S CHANGE IN COUNSEL

Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Robert A. Rosette

COPY of the foregoing mailed*/
electronically delivered ** this 29th day of
August 2008 to:

RONALD J. TENPAS8*/**
Acting Assistant Attorney General
Environmental and Natural Resources Division
SARA E. COSTELLO
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663

CHARLES O'CONNOR*/ **
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
Attorneys for Defendants
THE UNITED STATES DEPARTMENT OF THE
INTERIOR, DIRK KEMPTHORNE, et al.

CHRISTINA V. KAZHE (BAR NO. 192158)*/**
ROSE WECKENMANN (BAR NO. 248207)
**KAZHE LAW GROUP PC**
8359 Elk Grove-Florin Road
Suite 103287
Sacramento, California 95829
Attorneys for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS; and DOROTHY ANDREW