1  CHRISTINA V. KAZHE (BAR NO. 192158)
   ROSE M. WECKENMANN (BAR NO. 248207)
2  **KAZHE LAW GROUP PC**
   8359 Elk Grove-Florin Road
3  Suite 103287
   Sacramento, California 95829
4  Telephone:   (916) 226-2590
   Attorney for Plaintiffs,
5  WILTON MIWOK RANCHERIA,
   ITS MEMBERS; and DOROTHY ANDREWS
6

7              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                         SAN JOSE DIVISION
9

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.<br><br>Defendants. | Case No.  C-07-02681 (JF) (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Former Date: October 17, 2008<br>New Date:    November 14, 2008<br>Time:        10:30 a.m.<br>Courtroom:   No. 5 |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | Case No.  C-07-05706 (JF) |

Ongoing settlement discussions have been productive, and the parties have expectations of resolving the remaining issues and reaching a compromise in this matter. Therefore, the parties, by and through their respective undersigned attorneys, hereby stipulate that the Further Case Management Conference, now set on October 17, 2008, may be continued until November 14, 2008.

Dated: October 16, 2008                Respectfully submitted,

**KAZHE LAW GROUP PC**

By: _____/s/_____
CHRISTINA V. KAZHE, Attorney for Plaintiffs,
WILTON MIWOK RANCHERIA,
ITS MEMBERS and DOROTHY ANDREWS

Dated: October 16, 2008                **ROSETTE & ASSOCIATES, PC**

By: _____/s/_____
ROBERT A. ROSETTE, Attorney for Plaintiff,
ME-WUK INDIAN COMMUNITY OF THE
WILTON RANCHERIA

Dated: October 16, 2008                **UNITED STATES ATTORNEYS' OFFICE**

By: _____/s/_____
CHARLES M. O'CONNOR, Attorney for
Defendants, DIRK KEMPTHORNE,
SECRETARY OF THE INTERIOR, et al.

Dated: October 16, 2008                **DEPARTMENT OF JUSTICE**

By: _____/s/_____
SARA E. COSTELLO, Attorney for Defendants,
DIRK KEMPTHORNE, SECRETARY OF
THE INTERIOR, et al.

## **ORDER**

Based upon the foregoing stipulation of the parties, the Further Case Management Conference now scheduled for October 17, 2008, is continued to Friday, November 14, 2008, at 10:30 a.m.

IT IS SO ORDERED.

Dated: October  17 , 2008                _____
JEREMY FOGEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28