UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, a formerly federally recognized Indian Tribe, ITS MEMBERS and DOROTHY ANDREWS,<br><br>    Plaintiffs,<br>    v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>    Defendants. | Case No. C-07-02681-JF-PVT<br>Case No. C-07-05706-JF<br><br>ORDER[1] REQUESTING FURTHER BRIEFING |
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>    Plaintiffs,<br>    v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>    Defendants. | |

On July 16, 2009, pursuant to a stipulation between the parties after more than two years of litigation and many months of settlement negotiations, the Court entered judgment in the above-entitled actions. On August 4, 2009, the County of Sacramento, California and the City of Elk Grove, California (collectively "Proposed Intervenors") moved to intervene, to re-open and vacate the judgment, and to dismiss the actions for lack of subject matter jurisdiction. After

---

[1] This disposition is not designated for publication in the official reports.

1 | reviewing the moving papers and considering oral argument from all of the parties, the Court is
2 | not inclined to dismiss the actions for lack of subject matter jurisdiction.  To aid its consideration
3 | of the remaining motions, the Court requests supplemental briefing by the parties and Proposed
4 | Intervenors as to the relevance of the Supreme Court's recent decision in *Carcieri v. Salazar*, 129
5 | S.Ct. 1058 (2009).  Such briefing shall be filed on or before December 23, 2009.

**IT IS SO ORDERED.**

DATED: December 9, 2009

_____
JEREMY FOGEL
United States District Judge